IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
AUG - 8 2006
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | 2:05-CR-0011 (01) |
| JOSE ANTONIO CORDERO-MARTINEZ § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, AND DENYING MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE

Came this day for consideration the motion to vacate, set aside or correct sentence by a person in federal custody filed by defendant JOSE ANTONIO CORDERO-MARTINEZ. After holding an evidentiary hearing, the United States Magistrate Judge issued a Report and Recommendation in this cause on July 21, 2006, and therein recommended that the instant motion be denied. On August 3, 2006, defendant filed his objections to the Report and Recommendation.

Having made an independent examination of the record in this case and having examined the Report and Recommendation of the Magistrate Judge, the undersigned United States District Judge hereby OVERRULES defendant's objections, and ADOPTS the Magistrate Judge's Report and Recommendation. Accordingly, the motion to vacate, set aside or correct sentence filed by defendant JOSE ANTONIO CORDERO-MARTINEZ is, in all things, DENIED.

IT IS SO ORDERED.

ENTERED this _7th_ day of _August_ 2006.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE